# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Steven Worth Ellis<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:24-mj-00115<br>)<br>)  **SEALED**<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 1 - June 5, 2024__ in the county of __Multnomah__ in the
_____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2251(a) and (e) | Attempted Sexual Exploitation of Children |
| 18 U.S.C § 2422(b) | Coercion and Enticement of a Minor |
| 18 U.S. Code § 2423(b) | Travel With Intent To Engage in Illicit Sexual Conduct |

This criminal complaint is based on these facts:
See attached affidavit by HSI Special Agent Clinton Lindsly

☒ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Clinton Lindsly, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at __9:05__ a.m./~~p.m.~~

Date: June 5, 2024

*Judge's signature*

City and state: Portland, Oregon    Jolie A. Russo, United States Magistrate Judge
*Printed name and title*